IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00239-LTB

ERWIN VILLATORO,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 23, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 23 day of April, 2013.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ S. Grimm
        Deputy Clerk